IN THE UNITED STATE DISTRICT COURT
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-cv-174-BO-RN

| | |
|---|---|
| E.S. together with her parent L.S.,<br><br>Plaintiffs,<br><br>v.<br><br>Wake County Board of Education,<br><br>Defendant. | **REPORT OF THE PARTIES'<br>PLANNING MEETING<br>(Fed. R. Civ. Pro. 26(f))** |

1.    **Participants.**  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on August 14, 2023, and was attended by Stacey M. Gahagan and Alice Morrison, counsel for Plaintiffs, and Collins Saint and James Adams, counsel for Defendant.

2.    **Consolidation and Stay of Discovery Timelines**.   Defendant believes this matter is appropriate for consolidation with a related matter, 5:23-cv-316-M, and has filed a motion to consolidate these two cases accordingly.  Plaintiffs do not object to Defendant's motion. The parties agree that discovery and other relevant actions in this matter should be stayed pending the resolution of the motion for consolidation and a determination regarding Defendant's Complaint seeking review of the underlying administrative action.

4880-8451-8519.v1

3.   **Discovery Plan.**  If the Court consolidates the actions brought under the Individuals with Disabilities Education Improvement Act (IDEIA), 20 U.S.C. §1415, of Defendant's Complaint seeking review of the Final Decision rendered in the state administrative proceedings on Plaintiffs' Petition for Due Process under the IDEIA and Plaintiffs' Complaint to recover attorneys' fees as the prevailing party in the state administrative proceeding, then the Parties agree that Defendant's action is "exempted from initial disclosure under Rule 26(a)(1)(B)." Plaintiff believes this action, 5:23-cv-174-BO-RN, is not a "review on an administrative record," and, thus, requires initial disclosures and requests the Court enter an Order requiring initial disclosures be exchanged. Defendant objects to providing initial disclosures because it contends that the action, when taken as a whole, is a review on an administrative record which is exempt from initial disclosures under Rule 26(a)(1)(B)(i). In 5:23-cv-316-M, the Court has issued an Order requiring the Parties to have their initial pretrial conference on or before September 8, 2023, with submission of a Rule 26(f) Report to follow thereafter.

4.   In the event the two cases are not consolidated, the Parties request that the Court enter a subsequent Order directing a new date for submission of a discovery plan.

Respectfully submitted this 14th day of August 2023.

4880-8451-8519.v1

GAHAGAN PARADIS, PLLC

*/s/ Stacey M. Gahagan*
Stacey M. Gahagan
State Bar No. 44393
3326 Durham Chapel Hill Blvd.
Suite 210-C
Durham, NC 27707
Telephone: (919) 942-1430
Email: sgahagan@ncgplaw.com
*Attorney for Plaintiffs*

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, L.L.P.

/s/James C. Adams, II
James C. Adams, II
N.C. State Bar No. 18063
jadams@brookspierce.com
S. Collins Saint
N.C. State Bar No. 52586
ssaint@brookspierce.com
PO Box 26000
Greensboro, NC 27420
Phone: 336.271.3117
Fax: 336.232.9117
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REPORT OF THE PARTIES'
PLANNING MEETING** was electronically filed with the Clerk of the Court using
CM/ECF which will send notification of such to the following:

> S. Collins Saint
> James C. Adams
> Erin M Barker
> Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
> 230 Elm Street, Suite 2000
> Greensboro, North Carolina 27401
> ssaint@brookspierce.com
> jadams@brookspierce.com
> ebarker@brookspierce.com
> Attorneys for Defendant

This the  14th  day of August, 2023.

> /s/ Stacey Gahagan
> Stacey Gahagan
> N.C. State Bar No. 44393
> Gahagan Paradis, PLLC
> 3326 Durham Chapel Hill Boulevard
> Suite 210-C
> Durham, North Carolina 27707
> (919) 942-1430
> sgahagan@ncgplaw.com

4880-8451-8519.v1