IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| E.S. together with her parent L.S., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 5:23-cv-00174-BO |
| v. | ) | |
| | ) | |
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:23-CV-316-M |
| | ) | |
| v. | ) | |
| | ) | |
| ESTELLA SMITH, individually, and together with her parent, LEIGH ANN SMITH, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

## 5:23-cv-00174-BO AND 5:23-CV-316-M

This matter comes before the Court on Defendant's Motion to Consolidate cases 5:23-CV-316-M and 5:23-cv-00174-BO (together, the "Cases"), both currently pending before the Court. Because the Cases involve common questions of law and fact, and

because consolidation will prove beneficial and enhance judicial efficiency, the motion is GRANTED.

IT IS THEREFORE ORDERED that those Cases bearing numbers 5:23-CV-316-M and 5:19-CV-00005-D are hereby consolidated for all purposes. The Cases will proceed bearing the caption *Wake County Board of Education v. Estella Smith, individually, and together with her parent, Leigh Ann Smith, individually,* 5:23-CV-316-M.

SO ORDERED this the 4 day of October, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE